BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-cr-00186 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR |
| | ) | CONTINUANCE AND MOTION SCHEDULE |
| v. | ) | |
| | ) | |
| JUAN HERRERA, | ) | |
| AKA "JOKER," | ) | |
| RAFAEL VELASCO, | ) | |
| AKA "B STREET GUERRO," AND | ) | |
| FELIPE GUTIERREZ, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,
United States Attorney and Kimberly A. Sanchez, Assistant U.S.
Attorney and Dan Koukol, attorney for defendant Herrera, Erin J.
Radiken, attorney for defendant Velasco, and Toni Carbone, attorney
for defendant Guteirrez to move for the status conference currently
set for December 5, 2011 to be continued to March 12, 2012 at 1:00
p.m.

Counsel have conferred, and counsel for defendants believe that
additional time beyond December 5, 2011 will be necessary to review
discovery, conduct further investigation, and engage in further plea

1

negotiations as plea offers have been extended to all but 1
defendant.

Counsel have conferred, and further stipulate to and request
that the Court order the following motion schedule:

Motions to be filed on or before: January 30, 2012

Responses to be filed on or before: February 27, 2012

Replies to be filed on or before: March 5, 2012

Motion hearing/status conference: March 12, 2012 at 1:00 p.m.
The parties further stipulate and agree that should any party request
an evidentiary hearing on any motion, the party will indicate such
request in his/her pleading after consulting with the other parties
as to their availability and whether there is any opposition to such
a request.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

Counsel agree that the time between the signing of the requested order and March 12, 2012 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to prepare for motions, and further action in the case, conduct additional investigation, engage in further plea negotiations, and for continuity of counsel such that all defendants' counsel may appear. Moreover, the parties previously agreed that due to the nature of the prosecution and the amount of discovery resulting from the investigation involving multiple wiretaps, pursuant to 18 U.S.C. §3161(h)(7)(B), the case is complex.

Dated: November 23, 2011          Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By      /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: November 23, 2011          /s/ Dan Koukol
DAN KOUKOL
Attorney for Juan Herrera

Dated: November 23, 2011          /s/ Erin J. Radiken
ERIN J. RADIKEN
Attorney for Rafael Velasco

Dated: November 23, 2011          /s/ Toni Carbone
TONI CARBONE
Attorney for Felipe Gutierrez

IT IS SO ORDERED.

Dated:    November 23, 2011          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

3