BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorneys
4-401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cr-00186 LJO |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING GOVERNMENT'S |
| | ) | MOTION TO DISMISS DEFENDANT FELIPE |
| | ) | GUTIERREZ WITHOUT PREJUDICE |
| v. | ) | (Fed. R. Crim. P. 48(a)) AND ORDER THAT |
| | ) | THE DEFENDANT REMAIN DETAINED |
| FELIPE GUTIERREZ, | ) | PURSUANT TO AN EXISTING ORDER OF |
| | ) | COURT |
| Defendants. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY ORDERED that the charges as to FELIPE GUTIERREZ, only, in the above-entitled case be dismissed without prejudice, in the interest of justice. The defendant shall remain detained as per the order issued in case 1:10-CR-346 LJO and then consolidated into and superseded by 1:11-CR-00354 LJO.

IT IS SO ORDERED.

**Dated:  March 1, 2012**             /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1