```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California  93721
 4  Telephone: (559) 497-4000

 5

 6

 7

 8            IN THE UNITED STATES DISTRICT COURT

 9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  CASE NO. 1:11-CR-00186 LJO
                                 )
12              Plaintiff,       )  STIPULATION AND ORDER FOR
                                 )  EXTENSION OF TIME TO FILE
13  v.                           )  MOTIONS AND RESPONSES THERETO
                                 )
14  JUAN HERRERA,                )
     AKA "JOKER,"                )
15  RAFAEL VELASCO,              )
     AKA "B STREET GUERRO," AND  )
16                               )
                Defendants.      )
17                               )
                                 )
18                               )
                                 )
19  _____)

20
```

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Dan Koukol, attorney for defendant Herrera, and Erin J. Radiken, attorney for defendant Velasco, to extend the time to file motions from May 2, 2013 to May 16, 2013 with no request to change any other filing deadlines.  The hearing on the motions is set for June 18, 2013, and there is no request to continue that hearing date.

Counsel have conferred, and believe that the additional time

1

will assist the parties in ascertaining whether an agreement to resolve the matter may be reached.

Dated: May 6, 2013                Respectfully submitted,

                                                    BENJAMIN B. WAGNER
                                                  United States Attorney

                                        By   /s/ Kimberly A. Sanchez
                                             KIMBERLY A. SANCHEZ
                                             Assistant U.S. Attorney

Dated: May 6, 2013                 /s/ Dan Koukol
                                           DAN KOUKOL
                                           Attorney for Juan Herrera

Dated: May 6, 2013                 /s/ Erin J. Radiken
                                           ERIN J. RADIKEN
                                           Attorney for Rafael Velasco

IT IS SO ORDERED.

**Dated:   May 6, 2013**                  /s/  Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE