**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
RAFAEL VELASCO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **1:11-CR-00186 LJO** |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER TO CONTINUE** |
| v. ) | **SENTENCING AND MODIFY** |
| ) | **SCHEDULE OF DISCLOSURE** |
| ) | |
| RAFAEL VELASCO, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Kimberly Sanchez and defendant, Rafael Velasco, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing in the above-captioned matter, December 16, 2013, at 11:00 a.m., and to continue judgment and sentencing to January 6, 2014 at 11:00 a.m. in the courtroom of the Honorable Lawrence J. O'Neill.

In addition, the parties stipulate to the following modification to the schedule of disclosure:

| | |
|---|---|
| Informal objections to the pre-sentence report | December 16, 2013 |
| Final pre-sentence report | December 23, 2013 |
| Motion for correction of the pre-sentence report | December 30, 2013 |

Stipulation and Order - 1

Counsel and the United States Probation Officer assigned to this matter, Ross Micheli, have conferred and this continuance is requested to allow the defense to complete its investigation into matters pertinent to the factors under 18 U.S.C. § 3553(a). Under the plea agreement, the defense is permitted to argue for a sentence as low as 12 years. The Court has appointed mitigation expert, M.E. Greenberg, and a psychologist, Richard A. Blak, to assist Ms. Radekin with such investigation. Ms. Greenberg, with the assistance of the paralegal appointed in this matter, Corby Eden, has already interviewed multiple witnesses and it is contemplated the social history report will be completed by the end of this week. In addition, Mr. Blak has completed his evaluation. However, Ms. Radekin is going on a long-planned vacation to England from November 22 through November 29 and will not have sufficient time after receiving the social history report to complete informal objections. Also, Ms. Radekin has not yet received records she has subpoenaed from CDCR. The defense thus seeks this additional time to complete investigation and informal objections. The Court is advised that Ms. Sanchez and Mr. Micheli have no opposition to the proposed dates set forth above, and Ms. Sanchez has authorized Ms. Radekin to sign this stipulation on her behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
IT IS SO STIPULATED

Dated: November 20, 2013  BENJAMIN WAGNER
United States Attorney

By: /s/ Erin J. Radekin for
KIMBERLY SANCHEZ
Assistant United States Attorney

Dated: November 20, 2013  /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
RAFAEL VELASCO

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, December 16, 2013, at 11:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on January 6, 2014 at 11:00 a.m. in the courtroom of the Honorable Lawrence J. O'Neill.

IT IS FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Informal objections to the pre-sentence report | December 16, 2013 |
| Final pre-sentence report | December 23, 2013 |
| Motion for correction of the pre-sentence report | December 30, 2013 |

IT IS SO ORDERED.

Dated:  **November 20, 2013**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE